Paul S. Padda, Esq. (NV Bar No: 10417)
Email: ppadda@caplawyers.com
COHEN & PADDA, LLP
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
Web: caplawyers.com

Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY M. ZECCHINO,

       Plaintiff,

  v.

JACOB J. LEW,
**Secretary of the Department of the Treasury;**

       Defendant.

Case No. 2:13-cv-0205-JCM-CWH

### STIPULATION OF VOLUNTARY DISMISSAL

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby stipulates to voluntary dismissal (with prejudice) of this civil action.  The parties to this stipulation further agree that each respective party shall bear its own attorney's fees and costs with respect to this litigation.  The parties respectfully request that the Court

. . .

. . .

. . .

. . .

. . .

. . .

approve this stipulation.

| | Respectfully submitted, |
|---|---|
| /s/ Roger W. Wenthe | /s/ Paul S. Padda |
| _____ | _____ |
| Roger W. Wenthe, Esq.<br>United States Attorney's Office<br>333 Las Vegas Blvd. South, Suite 5000<br>Las Vegas, Nevada 89101<br>Tele: (702) 388-6336<br>Fax: (702) 388-6151 | Paul S. Padda, Esq.<br>Cohen & Padda, LLP<br>4240 West Flamingo Road, #220<br>Las Vegas, Nevada 89103<br>Tele: (702) 366-1888<br>Fax: (702) 366-1940 |
| Attorney for Defendant | Attorney for Plaintiff |
| Dated: April 22, 2014 | Dated: April 22, 2014 |

**IT IS SO ORDERED:**

**The Court hereby approves the stipulation of voluntary dismissal filed by Plaintiff. This matter is hereby dismissed, with prejudice. Each party shall bear its own costs and attorney's fees with respect to this litigation.**

_____
**UNITED STATES DISTRICT JUDGE**

**Dated: April __24____, 2014**

CERTIFICATE OF SERVICE

In compliance with the Court's Local Rules, the undersigned hereby certifies that on April 22, 2014, a copy of the foregoing document, "STIPULATION OF VOLUNTARY DISMISSAL" was served (via the Court's CM/ECF system) upon counsel of record for Defendants.

/s/ Paul S. Padda
_____
Paul S. Padda, Esq.
Cohen & Padda, LLP
Las Vegas, Nevada